JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA STINNETT, *et al.*,<br>Plaintiffs,<br>v.<br>EXP REALTY OF CALIFORNIA, INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-05349-FLA (BFMx)<br>**ORDER DISMISSING ACTION [DKT. 45]** |

On July 29, 2026, Defendant eXp Realty of California, Inc. and Plaintiffs Diana Stinnett and Tamora Whitfield (together, "Plaintiffs") filed a Stipulation of Dismissal ("Stipulation"). Dkt. 45. The parties stipulate to dismiss all claims with prejudice, both as to Plaintiffs' individual claims and as to the putative class members' claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *Id.* at 2.

Having considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: July 31, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge